**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Gustavo De Souza Rodrigues, | ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 26-CV-13091-AK |
| v. | ) ) | |
| Antone Moniz, et al, | ) ) | |
| Respondent (s). | ) ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 10] entered on 7/22/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                                                                            **DISMISSED**.

Dated: 8/4/2026                                                    By the Court,

                                                                  /s/ Courtney Horvath
                                                                  Deputy Clerk